**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| RENIKE SPEED, | , ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:25-cv-00325-TRM-CHS |
| | ) | |
| WEN CHOO CHOO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), the parties respectfully move the Court for an order approving a settlement of Plaintiff's FLSA claims. As explained below, the proposed settlement includes full payment of Plaintiff's alleged overtime back pay; liquidated damages in an amount equal to her alleged overtime back pay; and statutory attorney's fees and costs. See 29 U.S.C. § 216(b).

Plaintiff was an hourly-paid shift manager at Defendant's Wendy's restaurant from June 2, 2025 until September 17, 2025 (15 weeks). Plaintiff alleges that Defendant failed to pay her overtime wages for some of the overtime hours she worked and recorded in Defendant's timekeeping system each week. She also alleges that she worked overtime hours "off the clock" while performing certain training work from home. Defendant denies these allegations, and asserts that Plaintiff was properly compensated.

Based on a review of Plaintiff's time and pay records, Plaintiff estimated that she worked a total of 89 overtime hours for which she was not compensated. At Plaintiff's average overtime rate of about $21.00 an hour, Plaintiff calculates that her total overtime back-pay claim amounts to $1,886.73.

Although Defendant disputes Plaintiff's claims, it has agreed to resolve those claims by paying the full amount of Plaintiff's alleged overtime back pay totaling $1,886.73, plus an equal amount of liquidated damages totaling $1,886.73. See 29 U.S.C. § 216(b). In addition, Defendant will separately pay Plaintiff's statutory attorney fees and costs in the amount of $8,726.54. Id. In return for these payments, Defendant will receive a dismissal of the lawsuit with prejudice, and Plaintiff has not agreed to any other terms or obligations. The parties have not entered into a separate written settlement agreement, and the terms of this settlement are entirely set forth in the present motion.

Accordingly, Plaintiff will receive the full benefits to which she alleges she is entitled pursuant to the FLSA. See id. (employer that violates overtime provisions of FLSA is liable for back pay, liquidated damages, and attorney fees and costs). A district court may approve a settlement after determining that it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Thompson v. United Stone, LLC, No. 1:14-cv-224, 2015 WL 867988, at *1 (E.D. Tenn. Mar. 2, 2015) (citing Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1355 (11th Cir. 1982)). Because Plaintiff will receive full benefits, there is no question that the settlement is fair and reasonable. See, e.g., Hanks v. Racetrack Petroleum, Inc., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011), *report and recommendation adopted,* 2011 WL 4424397 (M.D. Fla. Sept. 22, 2011). ("Full recompense is *per se* fair and reasonable."). Similarly, the payment of fees and costs is reasonable, because it does not affect the compensation Defendant will pay to Plaintiff. See Wagaman v. E-Z Stop Food Marts, Inc., 2022 WL 2253756, at *2 (E.D. Tenn. June 22, 2022) (finding the payment of attorney's fees reasonable when "the amount for attorney's fees did not affect the amount to be paid" to the plaintiff and all other terms of the FLSA settlement were reasonable).

For the foregoing reasons, the parties respectfully move the Court for an order approving the proposed settlement.

Respectfully submitted,

*/s/ R. Scott Jackson, Jr.*
R. Scott Jackson, Jr. (TN 13839)
4525 Harding Pike, Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

John McCown (GA 486002)
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
 Dalton, GA 30720
(706) 529-4878
(706) 529-3890 (facsimile)

Attorneys for Plaintiff

*/s/ Cody M. Roebuck (by RSJ w/ permission)*
April H. Sawhill
Codey M. Roebuck
Grant, Konvalinka & Harrisson, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450
Telephone: (423) 756-8400
Facsimile: (423) 756-6518
asawhill@gkhpc.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on April H. Sawhill and Cody M. Roebuck, Grant, Konvalinka & Harrisson, P.C., 633 Chestnut Street, Suite 900, Chattanooga, TN 37450, asawhill@gkhpc.com, croebuck@gkhpc.com.

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr.