# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| RENIKE SPEED, | ) | |
| | ) | Case No. 1:25-cv-325 |
| *Plaintiff,* | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| WEN CHOO CHOO, INC., | ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, this action

is **DISMISSED WITH PREJUDICE**.  The Clerk is hereby **DIRECTED** to **CLOSE** the case.

**/s/ *Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT